William DUNCAN, Plaintiff— Appellant,

v.

Penny ALLEN; H.L. Jackson; Duncan Davis; Donald Clelland, Defendants— Appellees.

No. 07–7760.

United States Court of Appeals, Fourth Circuit.

Submitted: April 2, 2008.

Decided: April 28, 2008.

William Duncan, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

PER CURIAM:

William Duncan appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error.

Accordingly, we affirm for the reasons stated by the district court. *Duncan v. Clelland,* No. 3:07–cv–00390–GCM (W.D.N.C. Sept. 18, 2007). We grant Duncan's motion to file a supplemental brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*